```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 24162
   ALEATRA L ELZY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3441


-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 12/21/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 03/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
HSBC MORTGAGE               NOTICE ONLY     NOT FILED            .00           .00
CREDITORS PROTECTION        UNSECURED           80.00            .00           .00
AMERICAS SERVICING COMPA    CURRENT MORTG       .00              .00           .00
AMERICAS SERVICING COMPA    MORTGAGE ARRE   37667.81             .00           .00
AMERICAS SERVICING COMPA    CURRENT MORTG       .00              .00           .00
CITIFINANCIAL MTG           SECURED VEHIC    2925.00             .00        149.08
CITIFINANCIAL MTG           UNSECURED       NOT FILED            .00           .00
GMAC MORTGAGE               MORTGAGE ARRE    3058.48             .00        758.00
AMERICAS SERVICING COMPA    MORTGAGE ARRE    6778.58             .00           .00
AMERICAS SERVICING COMPA    CURRENT MORTG       .00              .00           .00
AMERICAS SERVICING COMPA    MORTGAGE ARRE   19733.27             .00           .00
APPLIED CARD BANK           UNSECURED       NOT FILED            .00           .00
ARGENT HEALTHCARE FIN       UNSECURED       NOT FILED            .00           .00
BANK OF AMERICA             UNSECURED       NOT FILED            .00           .00
CAPITAL ONE                 UNSECURED         643.14             .00           .00
CHASE CREDIT CARDS          UNSECURED       NOT FILED            .00           .00
CITIBANK USA                UNSECURED       NOT FILED            .00           .00
HSBC NV/GM CARD             UNSECURED       NOT FILED            .00           .00
ST JOSEPH HOSPITAL          UNSECURED         716.70             .00           .00
ST JOSEPH HOSPITAL          UNSECURED       NOT FILED            .00           .00
ST JOSEPH HOSPITAL          UNSECURED       NOT FILED            .00           .00
NICOR GAS                   UNSECURED       NOT FILED            .00           .00
HSBC BANK USA               NOTICE ONLY     NOT FILED            .00           .00
DEUTSCHE BANK NATIONAL T    NOTICE ONLY     NOT FILED            .00           .00
GMAC MORTGAGE               CURRENT MORTG       .00              .00           .00
GMAC MORTGAGE               UNSECURED       NOT FILED            .00           .00
ERNESTO D BORGES JR         ATTORNEY            .00              .00           .00
ANDERSON & ASSOC            DEBTOR ATTY         .00                            .00
TOM VAUGHN                  TRUSTEE                                          78.88
DEBTOR REFUND               REFUND                                          264.04

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 24162 ALEATRA L ELZY
```

```
TRUSTEE                                          1,250.00

PRIORITY                                                              .00
SECURED                                                            907.08
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                78.88
DEBTOR REFUND                                                      264.04
                                          ---------------   ---------------
TOTALS                                           1,250.00          1,250.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 06/23/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE